STATE OF NEW JERSEY v. MARC WEBB.

January 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DEBRA WALTER.

January 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. SAM MOORE.

January 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ELMER VALLE PEREZ.

January 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES ROES.

January 13, 1986.

Petition for certification denied.